**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| TEENA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:21-CV-00033 |
| v. | ) |
| | ) |
| PIEDMONT SENIOR LIVING | ) |
| OPERATIONS, LLC, a Virginia | ) |
| limited liability company, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Teena Hall, and Defendant, Piedmont Senior Living Operations, LLC, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed with prejudice as to future action, with each party to bear her or its respective costs, expenses and attorneys' fees.

Agreed to this 29th day of March, 2022.

**TEENA HALL**

By: s/Timothy E. Cupp
Timothy E. Cupp (VSB# 23017)
Shelley Cupp Schulte, P.C.
1951-D Evelyn Byrd Avenue Harrisonburg, VA 22801
(540)432-9988 Telephone
(804)278-9634 Facsimile
cupp@scs-work.com

Tim Schulte (VSB #41881)
Shelley Cupp Schulte, P.C. 3 West Cary Street
Richmond, Virginia 23220
(804)644-9700 Telephone
(804)278-9634 Facsimile
Shelley@scs-work.com
*Counsel for Plaintiff*

**PIEDMONT SENIOR LIVING OPERATIONS, LLC**

By: s/Michael P. Gardner
Michael P. Gardner (VSB No. 80380)
R. Patrick Bolling (VSB No. 87334)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1400
Roanoke, VA 24011
mgardner@woodsrogers.com
pbolling@woodsrogers.com
Telephone:  540-983-7533
Facsimile:   540-983-7711
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael P. Gardner (VSB No. 80380)
R. Patrick Bolling (VSB No. 87334)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1400
Roanoke, VA 24011
mgardner@woodsrogers.com
pbolling@woodsrogers.com
*Counsel for Defendant*

*s/Timothy E. Cupp*
Timothy E. Cupp
VSB No. 23017